IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYTHE COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia<br>340 South Sixth Street<br>Wytheville, Virginia 24382<br><br>    Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the<br>United States of America<br>Civil Rights Division<br>United States Department of Justice<br>THOMAS E. PEREZ, Assistant Attorney General of the<br>United States of America<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue<br>Washington, D.C. 20530<br><br>    Defendants. | Case:<br>Assigned To:<br>Assign. Date:<br>Description: Three Judge Court –<br>    Civil Rights – Voting Rights<br>    Act<br><br><br>Three Judge Court Requested |

## COMPLAINT

Wythe County, Virginia, alleges that:

1. This is an action brought for declaratory relief pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b (hereinafter "Section 4"). This Court has jurisdiction over this action pursuant to 28 U.S.C. §1343(a)(4), 28 U.S.C. §2201, and 42 U.S.C. §1973b.

2. The Plaintiff, Wythe County ("the County"), is a political subdivision of the Commonwealth of Virginia and thus a political subdivision of the state within the meaning of Section 4(a) of the Voting Rights Act. See 42 U.S.C. § 1973b(a)(1)(A); see also *Northwest Austin Mun. Util. Dist. No. One v. Holder*, 557 U.S. 193 (2009). There are three other elected

governmental units within the meaning of 42 U.S.C. § 1973b(a)(1) that exist within the County: Wythe County School District and the Towns of Rural Retreat and Wytheville.

3. Wythe County is in the western part of the Commonwealth, approximately 80 miles southwest of Roanoke, Virginia, and 140 miles north of Charlotte, North Carolina.

4. Wythe County Board of Supervisors is the governing body that formulates policies for the administration of government in the County. It is comprised of seven Supervisors elected by plurality vote to serve four-year staggered terms. Six of the Supervisors are elected from single-member districts and one is elected at-large.

5. Wythe County School District ("School District") is coterminous with the County and governed by Wythe County School Board. Wythe County School Board is comprised of seven members elected by plurality vote for four-year staggered terms. Six members are elected from the same single-member districts as are members of Wythe County Board of Supervisors. One member is elected at-large.

6. Located within the County are the Towns of Rural Retreat and Wytheville ("Towns"). The Town of Rural Retreat is governed by a seven-member council that includes six council members and a Mayor; Council members and the Mayor are elected at large to serve four-year staggered terms. The Town of Wytheville is governed by a five-member council that includes four council members and a Mayor; Council members and the Mayor are elected at large to serve four-year terms.

7. Residents of each Town are eligible to participate in County, School District, and their respective Town elections.

8. Wythe County, Virginia, has a total population of 29,235 persons, according to the 2010 Census. The racial composition of the County's population is 27,649 (94.6%) non-

Hispanic white, 967 (3.3%) non-Hispanic black, 280 (1.0%) Hispanic, 152 (0.5%) non-Hispanic Asian, and 129 (0.4%) non-Hispanic Native American. According to the 2010 Census, Wythe County has a total voting age population of 23,125. The racial composition of this voting age population is 22,058 (95.4%) non-Hispanic white, 648 (2.8%) non-Hispanic black, 176 (0.8%) Hispanic, 108 (0.5%) non-Hispanic Asian, and 106 (0.5%) non-Hispanic Native American.

9. Wythe County School District has the same total population and voting age population as the County.

10. The Town of Rural Retreat has a total population of 1,483 persons according to the 2010 Census. The racial composition of the Town's population is 1,441 (97.2%) non-Hispanic white, 15 (0.1%) non-Hispanic black, 17 (1.2%) Hispanic, 2 (0.1%) non-Hispanic Asian, and 6 (0.4%) non-Hispanic Native American. According to the 2010 Census, the Town of Rural Retreat has a voting age population of 1,145. The racial composition of the Town's voting age population is 1,122 (98.0%) non-Hispanic white, 6 (0.5%) non-Hispanic black, 10 (0.9%) Hispanic, 1 (0.1%) non-Hispanic Asian, and 1 (0.1%) non-Hispanic Native American.

11. The Town of Wytheville has a total population of 8,211 persons according to the 2010 Census. The racial composition of the Town's population is 7,271 (88.6%) non-Hispanic white, 680 (8.3%) non-Hispanic black, 115 (1.4%) Hispanic, 85 (1.0%) non-Hispanic Asian, and 31 (0.4%) non-Hispanic Native American. According to the 2010 Census, the Town of Wytheville has a voting age population of 6,614. The racial composition of the Town's voting age population is 5,969 (90.2%) non-Hispanic white, 475 (7.2%) non-Hispanic black, 72 (1.1%) Hispanic, 62 (0.9%) non-Hispanic Asian, and 26 (0.4%) non-Hispanic Native American.

12. No African-Americans have been elected to the County Board of Supervisors or the County School Board.

13. No African-Americans have been elected to the Town Councils of either Wytheville or Rural Retreat.

14. The County has a three-member Electoral Board appointed pursuant to State law. The Electoral Board appoints the General Registrar. The Electoral Board is responsible for all election-related functions, including maintaining voter registration, voter outreach, conduct of elections, and the selection of polling sites and the selection of poll workers. Poll workers serve three year terms.

15. No African-Americans have served on the Electoral Board or as the General Registrar.

16. Since the County, like other jurisdictions in Virginia, does not record the race of its registered voters, it cannot present evidence of minority participation in registering and voting. Current data show, however, that a significant portion of the County's voting age population is registered to vote. In 2010, there were 18,450 registered voters in Wythe County, which is approximately 79.8% of the County's 2010 Census voting age population of 23,125. The number of registered voters in the County has risen over the last decade. In 2000, there were 15,737 registered voters in the County. Thus from 2000 to 2010, the total number of registered voters in the County increased by 17.2 percent.

17. On Election Day, the County uses 11 polling places in nine physical locations and a central absentee voter precinct which are all accessible to voters with physical disabilities.

18. African-Americans have been appointed and have served as poll workers in the County. In elections since 2000, Wythe County has employed at least three African-American poll workers, of whom one is currently still serving as a poll worker. During the November 2010 election, there was one African-American poll worker.

19.     Voter turnout in elections within Wythe County (i.e. the percentage of those registered voters who cast ballots) varies according to the offices up for election. In the last three Presidential elections, voter turnout was 69.5% in 2000, 72% in 2004, and 69% in 2008. Voter turnout for the last three non-Presidential elections for the members of the General Assembly and the three State offices (Governor, Lieutenant Governor, and Attorney General) was 50% in 2001, 49.2% in 2005, and 43.1% in 2009.

20.     Since Section 5 coverage of Virginia began, neither the Attorney General nor the United States District Court for the District of Columbia has denied preclearance to any voting change included in any submission to the U.S. Department of Justice made on behalf of the County. Since 2001, there were nine submissions made on behalf of the County. The most recent submission, a redistricting plan and voting precinct realignment, was precleared by the Attorney General on July 20, 2011.

21.     Since Section 5 coverage of Virginia began, neither the Attorney General nor the United States District Court for the District of Columbia has denied preclearance to any voting changes included in any submission made on behalf of the School District. Since 2001, there were two submissions on behalf of the School District. The most recent submission for the School District – a redistricting plan – was precleared by the Attorney General on July 20, 2011.

22.     Since Section 5 coverage of Virginia began, neither the Attorney General nor the United States District Court for the District of Columbia has denied preclearance to any voting changes included in any submission made on behalf of the Town of Rural Retreat. Since 2001, there have been no submissions made on behalf of the Town of Rural Retreat.

23.     Since Section 5 coverage of Virginia began, neither the Attorney General nor the United States District Court for the District of Columbia has denied preclearance to any voting

changes included in submissions made on behalf of the Town of Wytheville. Since 2001, there was one submission on behalf of the Town of Wytheville. The most recent submission for the Town of Wytheville, an annexation, was precleared by the Attorney General on February 26, 2007.

24. As described in each of the paragraphs set forth above, Wythe County and all governmental units involved have fully complied with the provisions of Section 4 of the Act.

25. No person in Wythe County has been denied the right to vote on account of race, color, or membership in a language minority group for at least the past ten years.

26. No "test or device" as defined in the Voting Rights Act (42 U.S.C. §1973b(c)) has been used in Wythe County as a prerequisite to either registering or voting for at least the preceding ten years.

27. Wythe County and all governmental units involved have never been the subject of any lawsuit in which it was alleged that a person (or persons) was being denied the right to vote on account of race, color, or membership in a language minority group.

28. No voting practices or procedures have been abandoned by the County or challenged on the grounds that such practices or procedures would have either the purpose or the effect of denying the right to vote on account of race, color, or membership in a language minority group.

29. Wythe County has not employed any voting procedures or methods of election that inhibit or dilute equal access to the electoral process by minority voters in the County. Minority voters in the County are not being denied an equal opportunity to elect candidates of their choice in County, School Board, or Town elections.

30. Federal examiners have never been appointed or assigned to the County under Section 3 of the Voting Rights Act, 42 U.S.C. §1973a.

31. There are no known incidents in the County where any person exercising his or her right to vote has been intimidated or harassed at the polls (or while attempting to register to vote).

32. The allegations set forth above, if established, entitle Wythe County to a declaratory judgment under Section 4 of the Voting Rights Act, 42 U.S.C. §1973b, exempting the County and all governmental units within the County from the special remedial provisions of the Voting Rights Act.

33. Pursuant to 42 U.S.C. §1973b, the County publicized the intended commencement of this bailout action prior to its being filed by posting a notice regarding this action at the County post offices. The notice was also published in the *Wythe Enterprise* on February 2, 2011. The County is posting and publishing a Notice that this action has been filed in this court in the same locations and newspaper.

WHEREFORE, Plaintiff Wythe County respectfully prays that this Court:

A. Convene a three-judge court, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, to hear and determine the claims raised in plaintiff's complaint;

B. Enter a declaratory judgment that Plaintiff Wythe County and all governmental units within the County are entitled to a bailout from the special remedial provisions of the Voting Rights Act; and

C. Grant such other relief as may be necessary and proper as the needs of justice may require.

Respectfully Submitted,

FOR WYTHE COUNTY, VIRGINIA

By Counsel

/s/ Thomas M. Wochok

Thomas M. Wochok (DCB # 314229)
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Main: (703) 893-3600
Fax: (703) 893-8484
twochok@sandsanderson.com

Phyllis C. Katz (VSB #22259) (*Pro hac vice*)
SANDS ANDERSON PC
P.O. Box 1998
Richmond, VA 23218
(804) 783-7287 (Telephone)
(804) 783-7291 (Facsimile)
pkatz@sandsanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2012, a true and correct copy of the foregoing COMPLAINT was served by first class mail, postage prepaid, upon:

Eric H. Holder, Jr.
Attorney General
  of the United States of America
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC  20530

Thomas E. Perez
Assistant Attorney General
  of the United States of America
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC  20530

Ronald C. Machen, Jr.
U.S. Attorney for the
  District of Columbia
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, DC  20530

_____
Thomas M. Wochok