IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WYTHE COUNTY, VIRGINIA, a political
subdivision of the Commonwealth of Virginia,

        Plaintiff,

        v.

ERIC H. HOLDER, JR., the Attorney General of
the United States of America, and THOMAS E.
PEREZ, Assistant Attorney General, Civil Rights
Division, United States Department of Justice,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:12-CV-00719-ABJ-KLH-BAH
Three-Judge Court

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

Plaintiff Wythe County, Virginia ("the County") and Defendants Eric H. Holder, Jr.,
Attorney General of the United States, and Thomas E. Perez, Assistant Attorney General, Civil
Rights Division (collectively,"the Attorney General"), through counsel, respectfully move this
three-judge Court for entry of the attached Consent Judgment and Decree.  As grounds for this
motion, the parties would show the following:

1.      This action was initiated on May 3, 2012 by the County against the Attorney
General, pursuant to Section 4(a) of the Voting Rights Act, 42 U.S.C. § 1973b(a).  In this
litigation, the County seeks to demonstrate that it meets the statutory requirements of Section 4(a)
to allow for bailout from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b).  A
declaratory judgment granting bailout exempts the jurisdiction from the preclearance
requirements of Section 5 of the Act, 42 U.S.C. § 1973c.

2.      As required by Section 4(a)(9) of the Act, 42 U.S.C. § 1973b(a)(9), the Attorney

General has conducted an independent investigation of the County to determine if it has satisfied the necessary requirements for a bailout under Section 4(a).  As a result of that investigation, and also based on information provided to the Attorney General by the County, the Attorney General has determined that the County meets all of the requirements of Section 4(a) and has determined that the Attorney General would consent to a declaratory judgment granting bailout to the County under Section 4(a).

3.     The parties have conferred concerning a resolution of this litigation and have agreed on the terms of the attached Consent Judgment and Decree, which if entered by this Court, will grant the requested bailout to Wythe County.

4.     The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought in this Court under Section 4(a) of the Voting Rights Act.  *See, e.g.*, *City of Williamsburg v. Holder*, No. 11-1415 (D.D.C. Nov. 28, 2011); *James City County* v. *Holder*, No. 11-1425 (D.D.C. Nov. 9, 2011); *Culpeper County* v. *Holder*, No. 11-1477 (D.D.C. Oct. 3, 2011); *City of Bedford* v. *Holder*, No. 11-0473 (D.D.C., Aug. 31, 2011); *Bedford County* v. *Holder*, No. 11-0499 (D.D.C. Aug. 30, 2011); *Rappahannock County* v. *Holder*, No. 11-1123 (D.D.C. Aug. 9, 2011); *City of Manassas Park v. Holder*, No. 11-749 (D.D.C. Aug. 3, 2011); *Alta Irrigation District v. Holder,* No. 11-0758 (D.D.C. July 15, 2011); *City of Kings Mountain v. Holder*, No. 10-1153 (D.D.C. Oct. 22, 2010); *Amherst County v. Mukasey*, No. 08-780 (D.D.C. Aug. 13, 2008); *Middlesex County v. Gonzales*, No. 07-1485 (D.D.C. Jan. 7, 2008).

5.     The parties request that this Court wait 30 days after the filing of this motion before approving the Consent Judgment and Decree.  During that time, the proposed settlement will be publicized pursuant to Section 4(a)(4) of the Act, 42 U.S.C. § 1973(a)(4).

For the reasons above and as set forth in the attached Consent Judgment and Decree, the parties respectfully submit that this Joint Motion should be granted and the attached Consent Judgment and Decree entered.

Respectfully submitted,

For the Plaintiff
WYTHE COUNTY:

*/s/ Thomas M. Wochok*
_____

Thomas M. Wochok (DCB # 314229)
SANDS ANDERSON, PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Phone: (703) 893-3600
Fax:    (703) 893-8484
Email: twochok@sandsanderson.com

PHYLLIS C. KATZ (VSB #22259) (Pro hac vice)
SANDS ANDERSON, PC
P.O. Box 1998
Richmond, VA 23218
Phone: (804) 783-7287
Fax:    (804) 783-7291
Email: pkatz@sandsanderson.com

Dated: May 17, 2012

Respectfully submitted,


For Defendants Eric H. Holder Jr., Attorney General
of the United States, and Thomas E. Perez, Assistant
Attorney General, Civil Rights Division**:**

RONALD C. MACHEN, JR.          THOMAS E. PEREZ
United States Attorney               Assistant Attorney General
District of Columbia                 Civil Rights Division


*/s/ Ernest A. McFarland*
_____
T. CHRISTIAN HERREN, JR.
ERNEST A. MCFARLAND
MARIA H. RIOS
ernest.a.mcfarland@usdoj.gov
maria.rios@usdoj.gov
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (202) 307-6552
Fax:    (202) 307-3961


Dated: May 17, 2012